**Jovina RIVERA et al.**

v.

**Ann M. MEDVETZ et al.**

**No. 83-321-M.P.**

Supreme Court of Rhode Island.

July 8, 1983.

William Filippo, Providence, for petitioner.

James T. Murphy, Providence, for respondent.

ORDER

The petition for writ of certiorari is granted.

Murray, J., did not participate.